## WILLIAM L. BELLINGER *versus* JAMES KNAPP

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Rule to assign errors *p. 398. *Journal 4:* (2) Judgment affirmed MS p. 33.

PAPERS IN FILE: (1) Affidavit for certiorari, allowance; (2) copy of affidavit for certiorari; (3) precipe for certiorari; (4) writ of certiorari and return; (5) assignment of errors and joinder; (6) precipe for execution.

*1822–23 Calendar*, MS p. 141. Recorded in *Book B*, MS pp. 511–13.

## WILLIAM G. TAYLOR *versus* WARREN BARTLET

JOURNAL ENTRIES (1823): *Journal 3:* (1) Motion to quash writ granted *p. 399.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return.

*1822–23 Calendar*, MS p. 148.